**Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00549-CV

---

### JOSE REYES, Appellant

### V.

### LINCAM INVESTMENTS LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1111166**

---

### M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed June 25, 2018. The clerk's record was filed July 19, 2018. The reporter's record was filed October 3, 2018. No brief was filed.

On November 13, 2018, this court issued an order stating that unless appellant filed a brief on or before November 28, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.